```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 26221
   YVETTE M BROWN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7623


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/30/08 .

   2.   The case was dismissed without confirmation, 01/30/2009.

   3.   The Debtor paid a total of $     693.00 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00            .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   NOT FILED           .00           .00
CITIFINANCIAL AUTO         UNSECURED       NOT FILED           .00           .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED           .00           .00
GLOBAL ETELECOM            UNSECURED       NOT FILED           .00           .00
META BANK                  UNSECURED       NOT FILED           .00           .00
CREDIT BUREAU OF HUTCHIN   UNSECURED       NOT FILED           .00           .00
TRIAD FINANCIAL            UNSECURED       NOT FILED           .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00           .00
PRINCIPAL PAID          .00         .00          .00          .00           .00
INTEREST PAID           .00         .00          .00          .00           .00
TOTAL PAID              .00         .00          .00          .00           .00
The Debtor's attorney, THOMAS M BRITT                , was allowed $   3500.00
and was paid $     800.00   direct and $     656.27  through the plan.

The Trustee received $      36.73 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/13/09                  /S/
                               GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 26221 YVETTE M BROWN